JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney Bush,<br><br>                    Plaintiff,<br><br>         vs.<br>Contour Technology, LLC et al<br><br>                    Defendants. | CASE NO. CV 12-4247 GHK (RZx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

Dated: January 10, 2013

_____
GEORGE H. KING
Chief United States District Judge